# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA SIMMONS,** | ) Case No. 5:15-cv-02441-JGB-DTB |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **BANK OF AMERICA CORPORATION AND CHEX SYSTEMS, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 15th day of April, 2016.

The Honorable Jesus G. Bernal